Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MARK RAO

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| MARK RAO, | Case No.: 2:10-cv-00375-MCE-GGH |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, MARK RAO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 5, 2010                                          KROHN & MOSS, LTD.


                                                                         By: /s/ Nicholas J. Bontrager, Esq.
                                                                              Nicholas J. Bontrager, Esq.
                                                                              Attorneys for Plaintiff
                                                                              MARK RAO